Commonwealth *v.* Gracey, Appellant.

Argued March 26, 1973. *Leonard J. Gajewski,* for appel-

lant; *Grant E. Wesner,* Deputy District Attorney, with him *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.